*E. C. Maxwell,* for Appellee.

PER CURIAM.—It is ordered and adjudged by the Court that the decree of the Circuit Court in the above styled cause be, and same is hereby reversed upon the authority of the opinion in the case of Allen Alexander McKinnon, etc., v. First National Bank of Pensacola, this day filed.

All concur.

---

MARTEL C. McKINNON, BY LEE DANIELL, HER NEXT FRIEND, *Appellant,* v. FIRST NATIONAL BANK OF PENSACOLA, A CORPORATION, *Appellee.*

Opinion filed May 30, 1919.

Petition for Rehearing denied July 29, 1919.

An Appeal from a Decree of the Circuit Court within and for the County of Escambia; A. G. Campbell, Judge.

*Watson & Pasco* and *John C. Avery,* for Appellant;

*E. C. Maxwell,* for Appellee.

PER CURIAM.—It is ordered and adjudged by the Court that the decree of the Circuit Court in the above styled cause be, and same is hereby reversed upon the authority of the opinion in the case of Allen Alexander McKinnon, etc., v. First National Bank of Pensacola, this day filed.

All concur.